493 S.E.2d 837

**Stephen Lamont WESTBROOK, Petitioner,**

**v.**

**STATE of South Carolina, Respondent.**

**No. 24716.**

Supreme Court of South Carolina.

Submitted Oct. 22, 1997.

Decided Nov. 17, 1997.

Assistant Appellate Defender Lisa G. Echols, of South Carolina Office of Appellate Defense, Columbia, for petitioner.

Attorney General Charles Molony Condon, Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Teresa A. Knox and Assistant Attorney General Matthew M. McGuire, Columbia, for respondent.

CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

PER CURIAM:

We dismiss the writ of certiorari as improvidently granted.

BURNETT, J., not participating.